

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Cecil Ray King, Appellant

No. 06-23-00193-CR      v.

The State of Texas, Appellee

Appeal from the 115th District Court of Marion County, Texas (Tr. Ct. No. F15400). Panel consists of Chief Justice Stevens and Justices van Cleef and Rambin. Memorandum Opinion delivered by Justice Rambin.

As stated in the Court's opinion of this date, we find reversible error in the judgment of the court below. Therefore, we reverse the judgment of the trial court and remand the cause for further proceedings.

We further order that the appellee, the State of Texas, pay all costs of this appeal.

RENDERED JULY 31, 2024
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk